Ryosuke Togi (SBN 343851)
KANAME PARTNERS US, P.C.
41 Corporate Park, Suite 260
Irvine, CA 92606
Phone & Fax: (949) 404-5515
Email: rtogi@kanamelaw.us

Attorney for Applicant Okinawa Institute of Science and Technology School Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF OKINAWA INSTITUTE OF SCIENCE AND TECHNOLOGY SCHOOL CORPORATION,<br><br>APPLICANT | Case No.: 3:26-mc-80077<br><br>**DECLARATION OF YUSUKE TAMURA IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**<br><br>Hearing Date: ____________<br>Hearing Time: ____________<br>Department: ____________<br>Honorable: ____________ |

I, Yusuke Tamura, declare as follows:

1. I am the general counsel of the Okinawa Institute of Science and Technology School Corporation ("**OIST**"). I provide legal advice to OIST regarding the University's policies and operations, including matters relating to risk management, disputes, and am authorized to represent OIST in legal matters involving external parties.

2. For purposes of this Declaration, references to OIST generally refer to actions taken or knowledge held by OIST acting through its Board of Governors ("**BOG**").

3. I am over 21 years of age and am competent to testify to the matters stated in this declaration. I have personal knowledge of the facts set forth herein based on my investigation of this matter, including communications with BOG and OIST's President, Ms. Karin Markides. Where statements are made on information and belief, I believe them to be true.

4. I submit this declaration in support of OIST's *Ex Parte* Application for an Order pursuant to 28 U.S.C. § 1782 authorizing discovery for use in foreign proceedings ("**Application**").

5. OIST is a graduate university established by the Japanese government, aiming to contribute to global science and technology and forming a world-class research hub.

6. On or about January 13, 2026, an anonymous individual using the name "*Lina Franklin*" published a defamatory article on the online platform Medium titled "*The November 2024 Edit: OIST Knew About ROZ Forum Fabrication — And Said Nothing*" ("**Article**")[1]. The Article was later updated with an addendum on or about January 16, 2026. The Article alleges, among other things, that OIST engaged in systematic institutional concealment regarding alleged fabrications related to the "ROZ Forum." A true and correct copy of the Article is attached hereto as **Exhibit "A."**

7. Following the publication of the Article, numerous comments were posted in response to another Medium article titled "*When Diversity Becomes a Stock Photo: How a Women-in-STEM Initiative Built Its Exhibition from Free Images*"[2] which had originally been published by anonymous individual, using the same account name above, on or about December 3, 2025. Among those comments, the following four comments, posted between December 25, 2025, and January 15, 2026, ("**Comments**") contain false and defamatory statements concerning OIST.

a. "I'm writing as a member of the OIST community who's watched this situation play out with growing disappointment. I'm staying anonymous not because I want to, but because I have to—speaking up about institutional problems at OIST comes with real career risks, as plenty of my colleagues have found out the hard way. . . . they got defensiveness, dismissal, and in some cases, clear warnings that their positions might be at risk. People were threatened, dismissed, told to stay quiet." (posted on December 25, 2025)[3]

---

[1] https://medium.com/@lina.franklin/march-2025-edit-oist-knew-roz-forum-fabrication-said-nothing-25fd9e60e6af (last visited Mar. 11, 2026).

[2] https://medium.com/@lina.franklin/paola-laurino-roz-forum-investigation-stock-photos-oist-un-fed8de85d4be (last visited Mar. 11, 2026).

[3] https://medium.com/@deiintegrity2025/im-writing-as-a-member-of-the-oist-community-who-s-watched-this-situation-play-out-with-growing-59a0d9ebb9bc (last visited Mar. 11, 2026).

b. “OIST facalty should take care about truth and school reputation. Not about stupid power play. Using tax money to build fake forum and then asking postdocs to cover up is totally shameful.” (posted on December 28, 2025)[4]

c. “Shouldn’t the open letter be addressed directly to the Board of Governors? Considering all the evidence, the president is clearly entangled in this fraud.” (posted on January 21, 2026)[5]

d. “OIST was aware of the falsity of ROZ’s claims or at least the possibility of falsity for more than a year before publicly acknowledging it.” (posted on January 15, 2026)[6]

8. The Article and Comments (collectively, “**Defamatory Statements**”) claim that: (i) computer metadata proves OIST had “institutional knowledge” of alleged fabrications by November 2024; (ii) OIST engaged in “institutional concealment” and a “sustained concealment effort” for thirteen months; (iii) OIST “silently edit[ed]” press releases to hide the truth rather than acknowledge problems; and (iv) OIST attempted to suppress disclosure of the alleged issues by threatening or pressuring related individuals, including by implying adverse employment consequences, in order to silence them.

9. These statements are false and defamatory. Contrary to the Article’s claims, OIST did not have any knowledge before November 2024 that any descriptions in the ROZ Forum press release were “fabricated.” OIST did not engage in any systematic concealment, nor did it threaten, pressure, or intimidate any employee or related individual to suppress information or discourage disclosure. At no time did OIST imply termination or any other adverse employment consequences in order to silence anyone.

10. In mid-November 2024, OIST heard rumors that certain individuals shown in posters might not be scientists. OIST attempted to verify this information with the ROZ co-founder,

[4] https://medium.com/@rozwhistleblowing/sabject-disgusted-by-support-letters-for-roz-forum-stop-pressuring-postdocs-906825483b38 (last visited Mar. 11, 2026).

[5] https://medium.com/@roz.franklin/shouldnt-the-open-letter-be-addressed-directly-to-the-board-of-governors-00ac9b7daa4a (last visited Mar. 11, 2026).

[6] https://medium.com/@rekishi/actually-the-silent-edit-of-the-oist-news-release-goes-back-even-further-than-26-march-2025-6530b02d5a15 (last visited Mar. 11, 2026).

Professor Laurino. Because a clear answer was not immediately available, OIST proactively revised certain language to avoid potential misunderstanding while OIST continued efforts to confirm the relevant facts. This was a measure of caution and integrity, not an effort to conceal known wrongdoing.

11. Any subsequent updates to OIST's website and other public-facing materials were made incrementally, as additional facts became clearer, and solely for the purpose of ensuring accuracy and avoiding confusion. OIST has not engaged in any organized or systematic concealment.

12. The each Defamatory Statements has severely tarnished the reputation of OIST. As an institution supported by public funding and charitable donations (including the Rita Colwell Impact Fund), trust and research integrity are among OIST's most vital assets. False accusations of "institutional knowledge" and "concealment" cause serious harm to the social trust placed in a research institution.

13. In addition to the Defamatory Statements subject to this Application, Japanese-language versions of the same or substantially similar articles have also circulated online. Based on the contents of the Defamatory Statements, it is reasonable to infer that the author(s) possessed internal knowledge regarding OIST and its related activities, suggesting that the statements may have been made by individual(s) affiliated with or connected to OIST. Because OIST is a Japanese educational institution and the account name "*Lina Franklin*" has also published articles in Japanese language, it appears likely that at least some of the individuals responsible for the defamatory statements reside in Japan.

14. OIST has consulted and hired legal counsel in Japan to file a civil lawsuit against the anonymous individual(s) for defamation (tortious interference and damage to reputation).

15. To pursue this lawsuit in Japan, it is necessary to discover the true identity of the anonymous individual(s), as Japanese law requires the identification of the defendant.

//

//

16. The identity of the anonymous individual(s) obtained through this Application will only be used for the purposes of pursuing civil legal action in Japan.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March ___, 2026 in ______________, Japan.

_________________________
Yusuke Tamura

# Exhibit A

# The November 2024 Edit: OIST Knew About ROZ Forum Fabrication — And Said Nothing

35 min read · Jan 14, 2026

Lina Franklin Follow

Listen Share

## Computer metadata proves institutional knowledge of Paola Laurino and Moni Hamolsky's false claims by November 2024 — thirteen months before public disclosure

An investigation into **OIST's response to Paola Laurino and Moni Hamolsky's ROZ Forum fabrication** reveals institutional concealment documented in computer-generated metadata. A **November 28, 2024 silent edit** removed false claims from a press release regarding ROZ Forum — with no correction notice, no public statement, and **thirteen months of silence** before a Ryukyu Shimpo inquiry forced disclosure. During that silence, OIST President Karin Markides participated in the UN Science Summit alongside co-founder Paola Laurino, while Laurino repeated the same fabricated claims that OIST had already quietly scrubbed from its official records **ten months earlier**.

> ***Update — January 15, 2026:*** *This article has been updated to reflect new evidence. Computer-generated metadata now establishes that OIST's silent edit occurred by* ***November 28, 2024*** *— four months earlier than initially documented, extending the documented concealment period from eight months to* ***thirteen months****. See Addendum for complete timeline and verification details.*




March 2025 Edit: Metadata Evidence of Institutional Concealment.

## 📊 Key Facts:

- **November 28, 2024:** OIST silently edits press release (earliest verified date)
- **13+ months:** Institutional silence before disclosure
- **10 months after edit:** President participates at UN while false claims repeat
- **Computer metadata:** Irrefutable proof of institutional knowledge
- **December 2025:** Disclosure only after newspaper inquiry
- Three co-founders: **Jenny Zhang disappeared** June 2023, **Moni Hamolsky resigned** Dec 2025, **Paola Laurino continues unchanged**

**★ Start here: Complete Investigation — Systematic Fabrication Across All Six ROZ Forum Initiatives (2022–2025)**

**★ 要約版（日本語）：3年間の組織的捏造：OIST教授らのDEIフォーラム、全6プログラムで虚偽発覚**

**📚 Article 5 of 5 | Article 1 | Article 2 | Article 3 | Article 4 | Summary**

*By Lina Franklin and Community Investigators*
*Lina Franklin is an independent researcher investigating integrity issues in academic and scientific contexts. Community Investigators refers to anonymous OIST community members who provided publicly documented accounts and archived materials. No*

*confidential sources were used.*

Open in app ↗ Sign up Sign in

Medium Search

*Forum, research integrity concealment, Karin Markides, academic misconduct cover-up, metadata evidence, UN Science Summit 2025, Ryukyu Shimpo, institutional response fabrication, Okinawa Institute Science Technology, presidential involvement, research ethics Japan, whistleblower retaliation, March 2025 edit*

## Executive Summary

On March 26, 2025, at 11:48:59 Japan time, someone at OIST edited a press release about OIST Professor Paola Laurino and Professor Moni Hamolsky's ROZ Forum exhibition. They removed language describing posters as showing "scientists who are forum users and supporters" and changed it to simply "women from around the world." No correction notice was added. No announcement was made.

The edit was documented in computer-generated metadata that can't be faked: `2025-03-26T11:48:59+09:00`.

This single timestamp proves OIST recognized the poster descriptions were false by March 2025 — eight months before public disclosure. It validates what community members had been documenting since June 2023: the materials were fabricated, and OIST knew it.

Between March and December 2025, complete institutional silence. During those months, OIST President Karin Markides participated alongside co-founder Paola Laurino at the UN Science Summit while Laurino repeated the same claims OIST had quietly edited away six months earlier.

When disclosure finally came in December 2025, it happened only because the Ryukyu Shimpo — Okinawa's major newspaper — started asking questions (English translation and analysis). Even then, OIST never mentioned the March edit. The eight months of concealment were never acknowledged.

This article examines what the March 2025 edit reveals about institutional knowledge, accountability failures, and the gap between OIST's stated integrity principles and actual response when fabrication implicates leadership.

All evidence is publicly available, independently verifiable, and permanently archived.

## Table of Contents


1. Introduction: The March 2025 OIST Edit
2. The Discovery: Computer Metadata Reveals Silent Edit
3. What the March Edit Proves: Institutional Knowledge
4. Eight+ Months of Silence: March to December 2025
5. Co-Founder Responsibility: Paola Laurino and Moni Hamolsky
6. The Allocation of Accountability: Who Faces Consequences
7. Beyond the Posters: ROZ Forum's Systematic Pattern of Fabrication
8. Presidential Involvement: Structural Conflicts in OIST Investigation
9. OIST Community Reports: June 2023 to December 2025
10. What External Investigation Requires
11. Conclusion: The Cost of Institutional Concealment
12. FAQ: March 2025 Edit and Institutional Response
13. Addendum
14. The Evidence

Related Articles

Copyright and Fair Use Notice

Support This Investigation with Information

## 1. Introduction: The March 2025 OIST Edit

We weren't searching for evidence of institutional concealment when we examined OIST's website archives. We were documenting how the ROZ Forum exhibition was promoted over time — when materials appeared, what claims were made, how the initiative evolved.

But the Internet Archive captures revealed something OIST never disclosed.

March 26, 2025, 11:48:59 JST. Someone at the Okinawa Institute of Science and Technology (OIST) edited their July 2023 press release about ROZ Forum co-founder Professor Paola Laurino's poster exhibition.

We pulled up archived versions from before and after that date. The change was subtle.

**Original text (July 2023 through July 2024 — date of last archive before edit):**

> *"Roz created striking posters of vibrant, determined scientists who are forum users and supporters from around the world."*

**After March 26, 2025:**

> *"Roz created striking posters of vibrant, wemen from around the world."*

The words "scientists who are forum users and supporters" had been removed. No correction notice. No public announcement. Just a silent edit to a two-year-old promotional article.

The metadata doesn't lie. This is a time-stamped confession.

By March 26, 2025 OIST knew that their descriptions of the ROZ Forum posters were misleading.




Composite screenshot (Lina Franklin, December 2025) from OIST YouTube video of UN Science Summit 2025 presentation. Left: Professor Paola Laurino seated with OIST President Karin Markides during panel. Right: Video showing ROZ Forum posters while Professor Laurino states (timestamp 6:22): "our supporters which uh allowed us to take picture of them and the printable [posters]…" Quote overlay added for analysis. Timeline documentation proves claim impossible — photos were uploaded to Unsplash 2016–2021, years before ROZ Forum launched August 2022. Source: OIST YouTube video screenshot "Building Inclusive, Interactive, and International Pathways in Science" at UN Science Summit 2025 (September 18, 2025), © OIST CC BY 4.0). Used under license terms for critical commentary.

But OIST disclosed nothing. Not even in September 2025 when OIST President Karin Markides sat on a UN Science Summit panel where Professor Paola Laurino repeated similar claims: "our supporters which allowed us to take picture of them."

**8+ months of silence.**

The gap between institutional knowledge and public disclosure reveals what happens when research integrity concerns become inconvenient, when institutional accountability mechanisms fail, when community members who raise concerns face threats instead of investigation.

### What Articles 1–4 Documented

Articles 1–4 definitively established the fabrication: timeline impossibilities prove photos couldn't have been commissioned or photographed by ROZ, geographic mismatches demonstrate false institutional attributions, and systematic pattern across all six initiatives rules out honest error.

In December 2025, the Ryukyu Shimpo (Okinawa's major newspaper, 200,000 circulation) independently confirmed the poster fabrication. OIST admitted Professor Laurino's UN statement *"should not have been made."* But OIST never mentioned the March 2025 edit. Never explained the 8.5-month concealment. Never addressed what President Karin Markides knew before participating in the September UN presentation.

**What Community Members Report**

Multiple anonymous community comments describe a pattern extending far beyond fabricated materials: concerns raised in from June 2023 onwards, dismissed. Internal channels suppressed rather than investigated. An internal investigation that relied on co-founder Paola Laurino's version without interviewing key witnesses. An institutional culture where raising integrity concerns becomes a career risk.

**What This Article Examines**

The March 26, 2025 stealth edit proves institutional knowledge.

8+ months of silence proves institutional choice.

This article examines:

- The computer-generated metadata evidence and what it proves about OIST's institutional accountability
- The complete 40-month timeline from August 2022 to December 2025
- President Karin Markides' involvement in ROZ Forum and participation at the September 2025 UN Science Summit
- Community concerns dismissed for 21 months, then validated by the March edit
- The internal investigation that excluded witnesses and relied on one person's version
- What independent external investigation requires

**The Stakes**

This isn't just about ROZ Forum co-founders Paola Laurino and Moni Hamolsky. It's about institutional culture when accountability becomes inconvenient. It's about what happens when community concerns are right but unwelcome. It's about

whether OIST can be trusted to investigate itself when research integrity failures implicate presidential involvement.

The March 26 metadata is objective proof. The 8+ month gap is documented fact. The questions about institutional accountability demand answers.

## 2. The Discovery: Computer Metadata Reveals Silent Edit

### The Metadata That Tells No Lies

Every webpage contains hidden timestamps — computer-generated metadata recording when pages are published and modified. You can't see these when browsing normally, but they're embedded in the HTML code that browsers read. And they're captured permanently in Internet Archive snapshots.

OIST's July 2023 press release about the ROZ Forum contained standard publication metadata. But the October 2025 Internet Archive capture showed something else:

```
<meta property="article:published_time" content="2023-07-27T00:00:00+09:00"/>
<meta property="article:modified_time" content="2025-03-26T11:48:59+09:00"/>
```

Someone had edited the page on March 26, 2025, at 11:48:59 in the morning, Japan Standard Time.

We pulled up archived versions from before and after that date. The change was subtle.




Composite screenshot (Lina Franklin, January 2026) of ROZ Forum website disclaimer. Left: July 2024 version describing posters as showing "vibrant, determined scientists who are forum users and supporters from around the world." Right: March 2025 version after silent edit, with all references to "scientists" and "forum users and supporters" removed, replaced with "determined women from around the world." Computer-generated metadata (2025–03–26T11:48:59+09:00) proves the latest moment of editing. No correction notice was added. OIST maintained eight months of silence about this edit before December 2025 disclosure forced by newspaper inquiry. Source: OIST Press Releases archived on Internet Archive. Used under fair use for investigative journalism and critical commentary.

**Original text (July 2023 through July 2024 — last available archive before edit):**

> **Title:** "Demystifying and discussing the influences and customs that shape science as a profession"
>
> *"Roz created striking posters of vibrant, determined scientists who are forum users and supporters from around the world."*

```
URL: /demystifying-and-discussing-influences-and-customs-shape-science-professi
```

**After March 26, 2025 (March 26, 2025 is the earliest verifiable date — changes may have been made earlier):**

> **Title:** "Discussing the influences and customs that shape science as a profession"
>
> *"Roz created striking posters of vibrant, wemen from around the world."*

```
URL: /discussing-influences-and-customs-shape-science-profession
```

**The title and URL were also edited, making the old version harder to find and changes harder to trace:**

### What This Language Described

Those removed words weren't random marketing copy. They described the core claim of the ROZ Forum poster exhibition.

As documented in previous articles, eighteen of twenty posters used stock photographs uploaded to Unsplash between 2016 and 2021. The photographers documented their upload dates. The images had millions of views and thousands of downloads as freely available stock photography.

ROZ Forum launched in August 2022.

The timeline makes the claims impossible. You cannot photograph "supporters" in 2022 using images that were publicly available since 2016. You cannot create portraits of "forum users" before your forum exists.

**By March 26, 2025, someone at OIST recognized that describing the posters as showing "scientists who are forum users and supporters" was false. They knew the description needed changing. But they chose to change it silently rather than acknowledge the problem.**

## Update: The Edit Timeline Goes Back Further

Initial analysis identified March 26, 2025 as the edit date based on metadata in the October 13, 2025 Internet Archive capture. Further investigation by community researchers has now established an earlier timeline.

The stealth edit removing "scientists who are forum users and supporters" occurred by **November 28, 2024** — demonstrated by metadata in a December 13, 2024 archive capture:

```
<meta property="article:modified_time" content="2024-11-28T11:28:08+09:00"/>
```

This pushes institutional knowledge back an additional **four months**. OIST recognized the poster descriptions were false by late November 2024 at the latest — more than a **full year** before public acknowledgment in December 2025.

The timeline of stealth edits now documented:

- **July 27, 2023:** Original publication (*"scientists who are forum users and supporters"*)
- **November 28, 2024:** First stealth edit (removing *"scientists who are forum users and supporters,"* replacing with *"wemen,"* URL change from /2023/7/27/ → /2023/7/26/)
- **March 26, 2025:** Title modification and second URL change (/demystifying-and-discussing-influences… → /discussing-influences…)
- **December 11, 2025:** Link to ROZ posters removed and public disclaimer added (only after external documentation)
- **Late December, 2025:** Complete removal of press release

Each URL change fragmented the archive trail, making tracking more difficult — exactly as community investigators documented. The progression demonstrates not a single oversight but a **sustained concealment effort spanning thirteen months** from first edit to forced disclosure.

The November 28, 2024 metadata was identified through collaborative investigation between an internal whistleblower who alerted researchers to an earlier edit and independent verification through systematic Internet Archive analysis.

Credit for this timeline extension belongs to community investigators conducting forensic metadata analysis. Their contribution strengthens the evidentiary record and extends the documented period of institutional concealment.

## 3. What the March Edit Proves: Institutional Knowledge

The March 26, 2025 metadata provides irrefutable evidence of institutional knowledge.

### Timeline of What OIST Knew

By March 26, 2025, OIST knew enough to recognize the poster descriptions required editing. They knew the language was problematic. They knew action needed to be taken.

According to multiple independent community accounts, concerns about the exhibition had been raised internally since June 2023 — nine months before the March edit. If these accounts are accurate, institutional knowledge extends back much further.

But even taking only what the metadata proves: OIST knew by March 26, 2025 that the poster descriptions were false.




Timeline graphic (Lina Franklin, January 2026) from community concerns in June 2023 through OIST's March 2025 silent edit to forced disclosure in December 2025. By March 2025 at the latest, OIST knew the poster descriptions were false — yet maintained eight months of silence while President Markides participated at the UN alongside those same false claims. The complete timeline shows 21 months of dismissed community concerns followed by 8+ months of concealed institutional knowledge. Data sources: Medium Community Comments, Internet Archives of OIST press releases, Ryukyu Shimpo. Graphic created for this investigation.

### The Context: ROZ's False Defense Disclaimer

Understanding what happened before the March edit matters.

According to the metadata, by May 2, 2024, the ROZ Forum website — hosted on OIST servers at https://groups.oist.jp/protein/roz—had added a disclaimer:

> *"We have recently learned that supporter portraits commissioned by ROZ are being misappropriated by unauthorized enterprises. Lacking as yet any legal means of preventing such purloining, we are powerless, for now, to protect these images, but are actively seeking to redress such looting."*

ROZ Forum's disclaimer doesn't acknowledge problems. It compounds them. Photos uploaded to Unsplash in 2016 cannot have been "commissioned" by an organization founded in 2022.

**It was fabrication compounded by fabrication: false photos + false explanation of why the photos are questioned + false legal threats.**

Since the website was hosted on OIST servers, the institution had direct visibility into this disclaimer being added. They knew ROZ Forum was claiming the photos were "commissioned" despite timeline impossibility.

This context makes the March edit more significant. OIST wasn't just recognizing a minor error — they were recognizing claims they knew were impossible.

### What OIST Chose Not to Do

When OIST edited the press release on March 26, 2025, they had several options.

They could have added a correction notice explaining what changed and why. They could have issued a public statement about concerns. They could have notified venues that had hosted the exhibition. They could have begun a comprehensive investigation. They could have suspended institutional promotion pending investigation.

Instead, they made a quiet edit removing the problematic language. No correction notice. No public disclosure. No investigation announced. No accountability measures visible.

They knew. They edited. They said nothing.

## 4. Eight+ Months of Silence: March to December 2025

Between March 26, 2025 (the edit) and December 11, 2025 (forced disclosure), OIST maintained complete public silence about the fabrication.

### What Continued During the Silence

The ROZ Forum remained active promoting false narratives: Paola Laurino was interviewed by Epistimi, ROZ Forum established the R-Award for "outstanding contributions to diversity, equity, and inclusion in science.", and presented ROZ — for a second time — at the 2025 UN Science Summit.

Institutional resources continued supporting the initiative. No corrections were issued to venues that had hosted the materials. No warnings went to partner institutions.

From outside, everything appeared normal. Inside, the March edit proved problems were recognized but concealed.

### September 2025: The UN Presentation

Six months after the March edit, President Karin Markides participated as a panelist at the UN Science Summit while co-founder Paola Laurino presented ROZ Forum.

At timestamp 6:22 of the recorded presentation, Laurino stated: *"our supporters which allowed us to take picture of them and the printable poster is very important…"*

**The same claim OIST had quietly edited away six months earlier.**
**The same claim the timeline proves impossible.**
**The same false statement about photographing supporters using images that existed publicly years before ROZ Forum launched.**

President Karin Markides sat on the panel: visible institutional endorsement at the world's premier science summit.

This creates two scenarios, neither reflecting well on institutional response.

**If the President wasn't informed** about the March edit before participating at the UN, it represents catastrophic internal communication failure. The President is about to appear at a major international venue alongside claims the institution knows are false — and she's not briefed?

**If the President was informed** about the March edit and participated anyway, it represents conscious institutional choice to prioritize promotion over integrity concerns.

**Either scenario demonstrates serious dysfunction in how the institution handled knowledge of fabrication.**

### December 2025: Forced Disclosure

Disclosure came only when external pressure made avoidance impossible.

On December 11, 2025 — the same day Article 3 of this investigation published — OIST added a correction notice to their press release. The same day, the rozforum.org website went offline. No public announcement. Just quiet modifications and deletions.

The correction notice used careful language:

> *"We have updated the content of this article, as a portion of the original description was found to contain inaccuracies."*

Passive voice obscures who found the inaccuracies and when. Euphemism softens reality — **"inaccuracies" instead of "false claims."** Still no mention of March. Still no timeline of institutional knowledge.

Verifiable public comments indicate that OIST provided an internal statement to the community. Co-founder Moni Hamolsky had resigned. Co-founder Paola Laurino remains in post

On December 24, the Ryukyu Shimpo published OIST's first on-record public statements:

- Co-founder Moni Hamolsky had resigned.
- Co-founder Paola Laurino *"had no active role in acquiring images."*
- The UN statement *"should not have been made."*
- *"We are also asking ROZ to explain whether stock photo site images were used. After receiving that explanation, we will proceed with strict investigation and verification going forward."*

No mention of March. No explanation of eight+ months of concealment. No timeline of when the institution first knew there were problems.

Future tense. "Will proceed." The investigation would begin after receiving explanation from ROZ — nine months after the March edit, thirty months after community concerns were reportedly first raised.

By late December, OIST deleted the July 2023 press release entirely. The progression was clear: original promotion → March stealth edit → December correction notice → complete deletion. Trajectory toward erasure, not transparency.

## 5. Co-Founder Responsibility: Paola Laurino and Moni Hamolsky

When OIST finally responded in December, their statements framed the problem as an "image sourcing" issue by one co-founder while positioning the other as someone who had been misled.

This framing deserves scrutiny.

### What Co-Founder Responsibility Means

ROZ Forum had two co-founders: OIST Professor Paola Laurino and Moni Hamolsky (listed with UCSD and UAEMéx affiliations). Both shared equal responsibility for the initiative's integrity.

This is especially true when one co-founder is the institutional faculty member lending credibility, resources, and venues, while the other is an external collaborator with unverifiable credentials.

They jointly create materials, jointly approve claims, jointly represent the organization. Both names appear on the initiative. Both benefit from its successes. Both bear responsibility for its failures.

When an initiative makes false claims for three years, when those claims appear at the UN and in Nature journals, when materials are presented at major scientific venues — co-founders share accountability for those representations.

### The "Not Actively Involved" Defense

OIST's defense of Laurino appears in both public and internal communications. According to the Ryukyu Shimpo, OIST stated Laurino "was not actively involved in

obtaining the images and was not aware of any particular problems regarding their origins."

Community members who received OIST's internal communications report these statements provided additional detail: Laurino had "repeatedly asked" Hamolsky for documentation, Hamolsky's responses were "vague and incomplete," and Laurino was "repeatedly reassured" the materials were authentic. Multiple independent community sources describe this defense narrative consistently.

**This defense — whether framed publicly as lack of active involvement or internally as repeated requests for verification — fails basic accountability standards.**

Upload any poster image to Google reverse image search. Results appear instantly: stock photo source, photographer name, upload date, download statistics. Timeline impossibility becomes obvious. The verification takes approximately two minutes.

The timeline spans 40 months — from ROZ Forum launch in August 2022 to disclosure in December 2025. During those 40 months, at any point, a two-minute verification would have revealed the fabrication.

When co-founders jointly present materials internationally, when they give interviews describing methodology, when they accept institutional promotion and charitable funding — basic verification of core claims isn't optional. Asking a partner for reassurance while never independently verifying for 40 months raises questions about either competence or willingness to know the truth.

Co-founders bear joint responsibility. Both names were on the initiative. Both presented the materials. Both knew questions had been raised. Independent verification was trivially easy and never performed.

### Why This Defense Fails Professional Standards

The International Committee of Medical Journal Editors authorship guidelines, while designed for scholarly publication, articulate accountability principles that apply to all forms of academic communication and collaborative work.

The ICMJE framework requires that

> *"all those designated as authors should… be accountable for all aspects of the work in ensuring that questions related to the accuracy or integrity of any part of the work are appropriately investigated and resolved."*

This standard directly addresses the "I wasn't involved" defense:

- **Oversight is accountability.** Just as a principal investigator cannot excuse data fabrication by claiming a postdoc handled those experiments, a co-founder cannot disclaim responsibility for systematic exhibition fraud by claiming the other co-founder sourced the images. Integrity requires verification of collaborative work, not blind trust in collaborators.

- **Public claims require prior verification.** When Laurino stated at the UN Science Summit in September 2025 that the images showed "supporters we photographed," she made a factual claim requiring verification — regardless of who sourced the materials. Professional ethics do not permit claiming credit for work you haven't independently verified.

- **Correction obligations apply after discovery.** According to community reports, concerns were raised within OIST as early as June 2023. Yet fabricated images remained on websites, and Laurino continued representing them as authentic through December 2025. Professional standards require prompt investigation and correction when problems are identified, not continuation of false claims for two+ years.

- **Co-founder resignation establishes precedent.** When Hamolsky resigned accepting responsibility for image sourcing, she acknowledged that co-founders bear accountability for exhibition integrity. Professional ethics does not recognize selective accountability where one collaborator accepts responsibility while another disclaims it for identical work.

- **The pattern makes inadvertent oversight implausible.** Systematic fabrication affecting approximately 90% of materials across three years represents fundamental failure in verification processes both co-founders were responsible for establishing and maintaining.

## 6. The Allocation of Accountability: Who Faces Consequences

### The Allocation of Accountability

OIST's December response allocated accountability in a specific way: external collaborator Hamolsky resigned and took responsibility for "image sourcing."

Internal faculty member Laurino remained in position, protected by narrative that she was misled.

**This allocation deserves examination because it determines who faces consequences and who doesn't.**

**Hamolsky is external to OIST** — affiliated with other institutions, not an OIST employee. Her departure doesn't affect OIST's faculty or operations. Her taking responsibility costs the institution nothing.

**Laurino is internal** — an OIST unit head, faculty member, someone who used institutional resources and brought institutional credibility to the initiative. Her accountability would have institutional implications: faculty consequences, questions about oversight, examination of how this happened.

The framing that protects internal stakeholders while allocating blame to external parties is a recognizable institutional response pattern. It minimizes institutional disruption while claiming to address the problem.

### Paola Laurino — the Constant Presence Through 3+ Years of ROZ Operation

Professor Paola Laurino has been ROZ Forum's public face from its public launch at the UN Science Summit in August 2022 to present. ROZ Forum archives display a rotating cast of names, except one (dates below are archive snapshots).




Timeline graphic (Lina Franklin, January 2026) showing participation in ROZ Forum from August 2022 through December 2025. Professor Paola Laurino (OIST) remained continuously present for 40 months through six

fabricated initiatives, community concerns, and institutional investigation. Professor Moni Hamolsky (UCSD/ETHZ) participated from September 2022 until resigning in December 2025, taking responsibility for "image sourcing." Jenny Zhang (University of Cambridge) appeared on the ROZ website in June 2023 — exactly when community concerns were first raised — and disappeared within weeks, never to be mentioned again in ROZ materials. Through multiple venues, mounting concerns, and eventual disclosure, Paola Laurino remained the single constant presence throughout. Data sources: Internet Archives of ROZ Forum website.

**Paola Laurino (OIST):** August 17, 2022 — present

- Co-founder Laurino has been present from the very first ROZ Forum website archive until today.

**Moni Hamolsky (UCSD/ETHZ):** September 16, 2022 to December, 2025

- Co-founder Hamolsky, external collaborator with unverifiable credentials, resigned December 2025.

**Jenny Zhang (University of Cambridge):** June 9, 2023 only

- Jenny Zhang spoke at the from Women in Science — 2nd Erlangen Symposium (June 18–20 2023) presenting ROZ Forum in the abstract:

> *"My talk will be divided into three parts. … I will also provide important insights gained from my involvement with several international women's forums 6,7."*
>
> [6] L'Oréal/UNESCO for Women in Science international forum
> [7] Rosalind Franklin: A Forum for Female Scientists, Open To All

June 2023 represents a critical inflection point. The poster exhibition occurred. Internal concerns were raised.

And Jenny Zhang, listed on the ROZ website as a Cambridge contributor, conference presenter about women in science, disappeared from the website within a month — never to be mentioned again in ROZ materials.

Whether Zhang withdrew after discovering problems or was quietly removed to limit institutional exposure, her sudden disappearance from ROZ materials coincides precisely with the first indicated internal concerns.

This pattern suggests multiple individuals within and adjacent to the organization recognized problems as early as June 2023.

**Through three years, multiple venues, six fabricated initiatives, community concerns, internal questions, and now external investigation — Paola Laurino has been the single constant presence throughout. The only element that changed in response to problems was who else appeared on the website beside her.**

### The Pattern of Repeated Claims

This constant presence wasn't passive. Across three years, Laurino actively represented the posters with specific claims about their origins.




Timeline graphic (Lina Franklin, January 2026) showing Paola Laurino's specific claims about ROZ Forum posters across 40 months at major international venues — the UN Science Summit, Nature Catalysis, and OIST press releases. The pattern demonstrates systematic misrepresentation, not a single careless statement. The September 18, 2025 claim at the UN Science Summit — made six months after OIST's March 26, 2025 edit proved the institution knew these descriptions were false — occurred while President Karin Markides sat on the panel. Each claim described the posters as showing "supporters" ROZ Forum had photographed, despite timeline evidence proving eighteen of twenty posters used stock photos uploaded to Unsplash years before ROZ Forum existed. Data sources: ROZ Forum materials, videos of UN panels, Nature Catalysis, archives of OIST press release, archives of ROZ Forum website. Graphic created for this investigation.

**September 26, 2022 — UN Science Summit:**

> *"ROZ also provide a photographic sampling of our strong determined, inspiring international supporters. Anyone may download their poster in various sizes and display them on their bench, doors, hallways or even take them to conference."*

**November 11, 2022 (metadata) — ROZ Forum website:** Posters appeared on OIST-hosted ROZ Forum website with false claims.

> *"Please meet some of our early strong, determined, vibrant international supporters."*

**July 27, 2023 — Nature Catalysis interview:**

> *"Accordingly, the Roz website now includes downloadable posters of strong, determined, fierce Roz users and supporters."*

**July 27, 2023 — OIST Press Release:**

> *"Scientists who are forum users and supporters from around the world."*

**September 18, 2025 — UN Science Summit:**

> *"These are our supporters which allowed us to take picture of them."*

**Paola Laurino's September 18, 2025 statement occurred:**

- 6+ months after the March 26, 2025 OIST edit
- 16 months after the ROZ disclaimer appeared (May 2024)
- 30+ months after internal OIST concerns were first raised (June 2023)
- While President Karin Markides sat on the same panel

This timeline demonstrates continuation of false claims despite mounting evidence of problems, multiple opportunities to verify, and institutional knowledge that the claims were problematic. The verification required — a 2-minute reverse image search — remained available throughout these 40 months and was never performed.

**One co-founder made these claims at major venues for 40 months while benefiting from institutional platform and resources — and remains in position protected by the 'not actively involved' defense. The other resigned and took responsibility.**

## 7. Beyond the Posters: ROZ Forum's Systematic Pattern of Fabrication

Multiple community comments confirm that OIST's investigation examined poster images exclusively. This limited scope serves a specific function: it allows framing the problem as "image sourcing" while avoiding examination of systematic fabrication across all ROZ Forum activities.

The posters weren't isolated fabrication. They represent one of six initiatives, each of which made claims that cannot be verified through normal academic channels.

As previous articles have reported in addition to the ROZ Forum posters:

- DEI Designer with claimed 3,000-article evidence base has no bibliography.
- 2025 €1,000 R-Award has no conference or recipient record, and manipulated award ceremony photos.
- Q&A Network claimed 100+ scientists; archive documents show 26, including OIST President Markides' personal involvement.
- Rosalind Jr promoted as children's book contains fantasy AI artwork and university-level biology.
- Anatomy of a Research Report claimed 200 workshops at elite institutions; two announcements found.
- Soft Skills initiative existed as a single-sentence placeholder for two years with no actual content.
- Photographs of ROZ activities manipulated; activities cannot be verified against external records.
- Co-founder Moni Hamolsky (claiming affiliation as Professor Emerita at UCSD and UAEMéx) has no discoverable publications in standard academic databases (PubMed, Google Scholar) and no faculty profile at either claimed institution.

**The Pattern**

The pattern is consistent and comprehensive: On every initiative, Paola Laurino and Moni Hamolsky promoted possibly legitimate material with dramatically expanded claims that cannot be verified through standard academic channels.

Get Lina Franklin's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email

Subscribe

Not vague aspirations. Precise numbers: "over 3,000 articles," "over 100 scientists," "€1,000 donation," "200 workshop deliveries at MIT, NSF, NIH, ETH."

Each claim sounds verifiable. Each creates impression of rigor and substance. None can be verified through normal academic channels.

**OIST's investigation limited to posters enables framing this as "image sourcing" by one departed co-founder. Comprehensive investigation would reveal systematic pattern across 40 months and six separate programs — a pattern that raises questions about verification culture, oversight mechanisms, and institutional accountability structures.**

## 8. Presidential Involvement: Structural Conflicts in OIST Investigation

OIST President Karin Markides' documented participation in ROZ Forum creates structural complications that internal investigation cannot adequately address.

### The Documented Facts

- **May 2023:** President Markides contributed to the ROZ Forum Q&A Network — weeks before assuming the OIST presidency on June 1, 2023. Her contribution does not appear before then.
- **September 2025:** President Markides participated as a panelist at the UN Science Summit while co-founder Laurino presented ROZ Forum.

**The presidential involvement wasn't merely ceremonial.** It began even before Karin Markides assumed the presidency and continues through her tenure.

### Why This Creates Structural Issues

Community comments report an internal investigation examining an initiative in which the President participated, conducted by executives who report to the President, addressing concerns about a faculty member who reports to the President.

This structure makes genuine independence difficult regardless of individuals' integrity or good faith.

This isn't about questioning anyone's personal character. It's recognizing that organizational structures can create inherent conflicts that make objectivity challenging.

Standard practice when senior leadership has involvement in matters under investigation: external panel appointed, panel reports to board rather than involved leadership, independence mechanisms ensure structural objectivity.

Internal investigation with these structural complications cannot provide the same confidence in process independence.

#### The Timeline Question

**The critical question:** When did President Markides become aware of problems with ROZ Forum materials?

The press release edits occurred during her presidency. Was she informed about it? Did she know before participating at the UN in September that OIST had edited the poster descriptions because they were false?

**If informed:** Six-month gap between knowing claims were false and participating alongside those claims raises questions about institutional priorities.

**If not informed:** Catastrophic communication failure — President kept uninformed about institutional crisis involving materials she'd supported and would soon appear alongside publicly.

**Either scenario points to need for external examination that can address these structural complications without conflicts of interest.**

## 9. OIST Community Reports: June 2023 to December 2025

Multiple community members provided independent accounts through public comments. These are not independently verified facts, but the patterns described correlate with documented timeline evidence.

Community reports describe concerns being raised starting June 2023 — thirty months before OIST's public acknowledgement. According to these accounts, concerns were escalated through internal channels. Responses reportedly included

dismissal of questions, characterization of concerns as "attacks," and warnings about consequences of raising integrity issues.

Community describes the investigation as limited in scope and methodology. Key witnesses reportedly not interviewed. Conclusions reportedly based on limited evidence without comprehensive independent verification.

What makes these community accounts significant: the timeline they describe (June 2023 concerns → March 2025 edit → December 2025 disclosure) matches documented evidence exactly.

The March metadata validates what community members were documenting 21 months before disclosure. Those who raised concerns were proven right. Those who faced consequences for raising integrity questions deserve acknowledgment and protection, not continued characterization as making "attacks."

The question of anonymity is repeated over and over.

> *"I'm staying anonymous not because I want to, but because I have to — speaking up about institutional problems at OIST comes with real career risks."*

The fact that concerned individuals had to maintain anonymity for self-protection reveals an institutional culture failure as serious as the original fabrication. When raising integrity concerns becomes a career risk, when being right leads to threats rather than acknowledgment, the problem extends far beyond any single case of fabrication.

## 10. What External Investigation Requires

OIST faces a choice about what happens next.

### Why External Investigation Is Necessary

Internal investigation has been limited in scope (posters only) and faces structural complications (Presidential involvement). Community comments have expressed lack of confidence in internal process.

External investigation with proper independence isn't optional for restoring trust — it's necessary for addressing both the fabrication and the institutional response.

### What Comprehensive Investigation Must Examine

- **The fabrications themselves:** All six initiatives need examination, not just posters. Timeline of claims. Pattern of inflation and fabrication. Verification that should have occurred but didn't.
- **Institutional knowledge and response:** When did OIST first become aware of concerns? What triggered the March 26, 2025 edit? Who authorized edit without correction notice? Why eight and a half months of silence? Why no accountability when edit proved claims were false?
- **Co-founder responsibilities:** Both co-founders shared initiative leadership. Both presented materials. Both knew questions were raised. Both had access to trivially easy verification. How did verification failures persist for 40 months? What accountability for both?
- **Presidential involvement:** What due diligence preceded Presidential Q&A contribution? Was President briefed before UN participation? When did President learn about March edit? How are structural conflicts being addressed?
- **Systematic failures:** What verification processes existed? How did six initiatives receive promotion without verification? What oversight mechanisms failed? What reforms prevent recurrence?

### Essential Components

- **Panel composition:** External experts in research integrity. No OIST affiliations or conflicts of interest. Reports to Board, not administration.
- **Comprehensive scope:** All six initiatives. Timeline of institutional knowledge. Presidential involvement. Community concerns. Pattern analysis across 40 months.
- **Independent methodology:** Interview all relevant parties. Review primary evidence directly. Independent verification. Don't rely on internal accounts without verification.
- **Public findings:** Comprehensive report. What occurred. Timeline of knowledge. Systematic failures. Recommended reforms.
- **Timeline:** Begin immediately. Complete within 3–6 months. Regular updates to community.

## 11. Conclusion: The Cost of Institutional Concealment

The metadata doesn't lie.

On March 26, 2025, at 11:48:59 Japan time, someone at OIST edited a press release to remove language they recognized was false. They made this edit silently, without correction notice, without public acknowledgment. The computer-generated timestamp recorded the moment with digital precision: `2025-03-26T11:48:59+09:00`.

That single line of metadata proves institutional knowledge eight and a half months before public disclosure. It validates what community members had been documenting since June 2023 — the materials were fabricated, the questions were legitimate, the concerns were real.

#### What the Evidence Establishes

- **Timeline impossibility is mathematically certain.** Eighteen of twenty posters used stock photos uploaded 2016–2021. ROZ Forum founded August 2022. Claims of photographing supporters are impossible.
- **Institutional knowledge is proven by metadata.** March 26 edit removed false descriptions. 8+ months of silence followed. Disclosure came only when newspaper inquiry forced it.
- **Systematic pattern spans six initiatives.** Not just posters. Every program made claims that cannot be verified: 3,000 articles that don't exist, 100+ scientists not documented, donations without recipient records, workshops without verification.
- **Presidential involvement creates structural complications.** Contributed to initiative. Participated at UN alongside false claims. Internal investigation faces conflicts.
- **Community vindication is timeline-based.** Raised concerns June 2023. Characterized as making "attacks." Proven right by March metadata 21 months later.

#### Two Distinct Problems

This case involves two distinct but related failures that both require accountability.

- **The fabrication:** Systematic false claims across 40 months and six initiatives. Timeline impossibilities. Verification failures. Claims made at UN, Nature journals, major venues. Co-founders jointly responsible for materials they jointly created and presented.

- **The institutional response:** Recognized claims were false by March 2025. Chose concealment over disclosure. Presidential participation alongside false claims six months after March edit. Investigation limited to protect internal stakeholders. Structural conflicts unaddressed.

Both undermine research integrity. Both require accountability. Individual misconduct and institutional concealment both damage scientific trust.

### The Stakes Beyond Paola Laurino, Moni Hamolsky, and ROZ Forum

Not just for ROZ Forum. For institutional culture. For community trust. For OIST's reputation. For science in Japan. For public accountability. OIST is publicly funded. Japan's national science and technology graduate university. International reputation. Public trust essential. This is test of institutional values.

The Science Council of Japan's Code of Conduct for Scientists states:

> *"Scientists shall always make judgements and act with honesty and integrity", that "[they] shall recognize that scientific autonomy is upheld by public trust" and "act in an appropriate manner".*

OIST response affects trust in scientific institutions, credibility of diversity initiatives, accountability for charitable funding, and research integrity standards for materials presented in scientific contexts.

The question is whether OIST's leadership has the courage to subject itself to genuine external scrutiny, or whether reputation management will continue to substitute for institutional accountability.

### What Happens Next

External investigation is necessary to address both the fabrication and the institutional response. Internal process with structural conflicts, limited scope, and community lack of confidence cannot restore trust.

Questions that must be answered:

- Who authorized March edit without correction notice?

- Why eight and a half months of silence?
- Why no accountability when edit proved claims false?
- When did President know about problems?
- How did six initiatives operate for 40 months without verification?
- What systematic failures enabled this?
- What reforms prevent recurrence?

OIST can demonstrate its integrity commitments are genuine by subjecting itself to external scrutiny. Or it can confirm that when integrity conflicts with protecting internal stakeholders, protection wins.

Community members are clear about what's needed. As one student stated: "Without renewed scrutiny by the Japanese press, I fear that OIST may not take meaningful action on its own. Through external and public verification, OIST will likely be compelled to confront this issue formally as an institution."

The March 26, 2025 metadata proves OIST knew the claims were false. They chose concealment over accountability. External investigation must examine what happened, what the institution knew, when they knew it, and what systematic failures enabled 40 months of fabrication followed by eight and a half months of institutional silence.

The metadata doesn't lie. The question is whether OIST will tell the truth about what it reveals.

## 12. FAQ: March 2025 Edit and Institutional Response

> **Note:** This FAQ addresses questions about OIST's institutional response and the March 2025 edit. For comprehensive documentation of the ROZ Forum fabrication itself (stock photos, timeline analysis, venues, WOCinTech), start with the condensed summary.

**Q: What is the March 2025 edit and why does it matter?** On March 26, 2025, OIST edited their July 2023 press release about ROZ Forum. The edit removed language describing posters as showing "scientists who are forum users and supporters" and changed it to "women from around the world." No correction notice was added.

The edit matters because it proves OIST recognized the descriptions were false by March 2025 — eight and a half months before public disclosure. Computer-generated metadata documents the exact moment: `2025-03-26T11:48:59+09:00`. Anyone can verify this in Internet Archive captures.

During those eight+ months of silence, Presidential participation at the UN occurred. When disclosure finally came, it was only because a newspaper started asking questions. The March edit was never mentioned.

**Q: Why is this evidence of concealment rather than correction?** A proper correction includes a correction notice explaining what changed and why, public acknowledgment of error, notification to affected parties.

The March edit included none of this. Silent change to text. No correction notice. No public statement. Eight and a half months of silence before any acknowledgment. Disclosure only when newspaper inquiry forced it.

During the concealment period, Presidential participation at UN occurred alongside the same claims OIST had edited away. ROZ Forum website remained active. No warnings to venues that had hosted the exhibition.

Pattern demonstrates concealment, not correction.

**Q: Could the March edit have been routine website maintenance?** No. The edit removed specific substantive claims about "scientists who are forum users and supporters" and changed the URL/title, making the old version harder to find. Routine maintenance doesn't involve strategic content changes or URL modifications that complicate archive tracking.

**Q: What about co-founder responsibilities?** ROZ Forum had two co-founders: Paola Laurino and Moni Hamolsky. Co-founders share joint responsibility for initiative integrity.

Both presented materials. Both gave interviews. Both knew questions were raised. Independent verification required two minutes (Google reverse image search).

Timeline available: 40 months.

OIST's December response allocated accountability: Hamolsky (external to OIST) resigned and took responsibility. Laurino (internal OIST faculty) positioned as someone misled. This allocation protects internal stakeholder while blaming external party.

Co-founders bear joint responsibility. "I repeatedly asked my partner" isn't adequate verification when independent check takes two minutes and you're presenting materials internationally for three years.

**Q: What about "I didn't know" or "I wasn't involved" as defenses?** The International Committee of Medical Journal Editors standards for collaborative work make clear that oversight is accountability. Co-founders bear joint responsibility for materials they jointly present. When you present materials at the UN and Nature journals for three years, independent verification isn't optional — especially when it takes two minutes. Professional ethics don't recognize selective accountability where one collaborator accepts responsibility while another disclaims it for identical work.

**Q: Was this just about posters?** No. OIST investigation examined posters exclusively, but the pattern spans all six ROZ Forum initiatives:

- Posters: stock photos with false claims (investigated)
- DEI Designer: claimed 3,000 articles, none documented (not investigated)
- Q&A Network: claimed 100+ scientists, 26 documented (not investigated)
- R-Award: claimed donation, no recipient record (not investigated)
- Rosalind Jr: children's content claimed, graduate material created (not investigated)
- Anatomy Workshop: claimed 200 deliveries, 2 verified (not investigated)

Pattern across all initiatives: specific quantifiable claims that cannot be verified. OIST limiting investigation to posters enables "image sourcing" framing while avoiding systematic pattern.

**Q: Why does Presidential involvement create structural complications** President Markides contributed to ROZ Forum Q&A Network (May 2023) and participated as

UN panelist while co-founder presented (September 2025).

Investigation examines initiative President participated in. Investigation conducted by subordinates reporting to President. Faculty member under scrutiny reports to President. No external oversight.

Standard practice when leadership has involvement: external panel reports to board. Internal investigation by subordinates creates structural complications regardless of good faith.

This isn't about questioning personal integrity — it's recognizing organizational structures can make genuine independence difficult.

**Q: How do we know community concerns were raised from June 2023 onwards?** Multiple independent community members describe this timeline in public comments. The March 2025 edit validates their accounts — OIST recognized problems existed by March at the latest. The Jenny Zhang pattern corroborates this: she appeared on ROZ website June 9, 2023, presented at a conference June 18–20, 2023, then disappeared from ROZ materials within weeks — exactly when community reports concerns were raised.

**Q: What should happen next?** External investigation with no structural conflicts. Comprehensive scope examining all six initiatives. Timeline of institutional knowledge. Presidential involvement addressed. All relevant witnesses interviewed. Independent verification. Public findings.

Questions that must be answered:

- Who authorized March edit without correction notice?
- Why eight+ months of silence?
- Why no accountability when edit proved claims false?
- When did President know about problems?
- Why didn't verification occur across 40 months?
- What systematic failures enabled this?
- What reforms prevent recurrence?

**Q: Why not trust OIST's internal investigation?** Internal investigation has structural complications (Presidential involvement), limited scope (posters only, not systematic pattern across six initiatives), and according to community reports, methodology limitations (key witnesses reportedly not interviewed).

Investigation began only after newspaper inquiry — twenty-one months after community concerns reportedly first raised. Future tense in December 24 statement to newspaper ("will proceed with investigation") suggests investigation hadn't begun yet.

External investigation isn't optional for restoring trust — it's necessary for addressing both fabrication and institutional response without structural conflicts.

## 13. Addendum: Extended Timeline of Institutional Knowledge

**January 16, 2026 Update**

Subsequent to initial publication of this article, community investigators conducting systematic metadata analysis have established that OIST's stealth edits to the ROZ Forum press release began **earlier than initially documented.**

**The November 28, 2024 Edit**

Computer-generated metadata in an Internet Archive capture from December 13, 2024 reveals:

```
<meta property="article:modified_time" content="2024-11-28T11:28:08+09:00"/>
```

This timestamp proves OIST edited the press release by **November 28, 2024** — four months before the March 26, 2025 edit originally identified and **thirteen months** before public disclosure.

**Extended Timeline of Concealment**

The complete documented timeline of OIST's institutional response:

- **July 27, 2023:** Original press release published describing posters as showing *"scientists who are forum users and supporters from around the world"*

- **June 2023 onwards:** Community concerns reportedly raised internally (multiple independent accounts)
- **May 2, 2024:** ROZ Forum website adds disclaimer claiming photos were *"commissioned by ROZ"* (false given 2016–2021 upload dates)
- **November 28, 2024: First silent edit** — OIST removes *"scientists who are forum users and supporters,"* replaces with *"wemen,"* changes URL date from /2023/7/27/ → /2023/7/26/
- **March 26, 2025: Second silent edit** — OIST modifies title from *"Demystifying and discussing the influences"* to *"Discussing the influences"*, changes URL from /demystifying-and-discussing-influences… → /discussing-influences…
- **September 18, 2025:** President Markides participates at UN Science Summit while Professor Laurino repeats claims (*"our supporters which allowed us to take picture of them"*) — **ten months after first stealth edit**
- **December 11, 2025:** OIST removes link to ROZ posters and adds a public disclaimer to press release (only after newspaper inquiry and external documentation)
- **December 24, 2025:** Ryukyu Shimpo publishes OIST's first on-record statements
- **Late December, 2025:** Complete deletion of press release reported

### What the Extended Timeline Reveals

The November 28, 2024 metadata establishes:

1. **Institutional knowledge existed by late November 2024** — OIST recognized descriptions were problematic more than thirteen months before public acknowledgment.
2. **Sustained concealment effort** — Not a single oversight, but progressive modifications spanning thirteen months: content/URL edit (November 2024) → title/URL changes (March 2025) → forced disclosure only after external pressure (December 2025).
3. **Presidential participation context** — President Markides' September 2025 UN appearance occurred **ten months** after the first silent edit. The question of what leadership knew and when becomes even more pressing.

Case 3:26-mc-80077-PHK Document 1-2 Filed 03/16/26 Page 42 of 56 PageID #: 50

4. **URL fragmentation strategy** — Multiple URL modifications (/2023/7/27/ → /2023/7/26/, then /demystifying-and-discussing… → /discussing-influences…) appear designed to fragment archive trails across time, making systematic tracking more difficult.

5. **Community vindication timeline extended** — If community concerns were raised in June 2023 as reported, institutional awareness may have existed for **eighteen months** before the November 2024 edit.

### Verification Method

The earlier edit was discovered through:

1. Internal whistleblower alert to community investigators that stealth edits predated March 2025

2. Systematic review of Internet Archive captures between July 2024 and March 2025

3. HTML metadata examination using diff comparison tools

4. Verification across multiple archive snapshots

The December 13, 2024 archive capture contains metadata proving the November 28 edit. Anyone can verify this by:

- Accessing the December 13, 2024 Internet Archive capture
- Viewing page source (inspect element)
- Searching for "modified_time" in the HTML

### Implications for Investigation

The extended timeline strengthens the case for external investigation addressing:

- **Who authorized the November 28, 2024 edit** without correction notice?
- **Why thirteen+ months of concealment** before forced disclosure?
- **What triggered the initial November edit** — internal review findings, external inquiry, or other factors?
- **What did President Markides know** before September 2025 UN participation, given institutional knowledge demonstrated by November 2024?

- **Why progressive URL modifications** that complicated archive tracking?
- **What systematic failures** enabled both the original fabrication and the sustained concealment response?

**Acknowledgment**

This timeline extension was made possible by collaborative investigation between independent sources with institutional knowledge and technical documentation skills.

The internal whistleblower who alerted investigators to the earlier edits deserves recognition for contributing to accountability despite the institutional climate that makes such contributions professionally risky.

The community investigators who conducted systematic metadata analysis and archive verification demonstrate the value of rigorous forensic documentation in research integrity cases.

Each contribution — the alert, the analysis, the verification — strengthens the evidentiary record and illuminates the fuller timeline of institutional knowledge and response.

Thank you to all who contributed to establishing this more complete timeline. The metadata evidence is preserved and provides an objective record extending the documented period of institutional concealment from eight months to thirteen months minimum.

## 14. The Evidence

This investigation relies entirely on publicly available information. No confidential sources or private communications were used.

**Primary Sources**

### Computer-Generated Metadata

- HTML metadata from OIST press releases (archived on October 13, 2025 by Internet Archive)

- March 26, 2025 edit timestamp: `<meta property="article:modified_time" content="2025-03-26T11:48:59+09:00"/>`
- Documented in October 13, 2025 Internet Archive capture
- Anyone can verify by viewing page source in archived versions

**Video Recordings:** Available via OIST YouTube channel

- UN Science Summit 2022 (September 26, timestamp 34:58) — Laurino's initial presentation
- UN Science Summit 2025 (September 18, timestamp 6:22) — "our supporters which allowed us to take picture of them"

**Published Documents:**

- Ryukyu Shimpo newspaper article (December 24, 2025) — OIST's first on-record public statements
- Nature Catalysis interview with Laurino and Hamolsky (July 27, 2023)
- OIST press releases (July 2023, with March 2025, and December 2025 edits)

**Website Archives:**

- Internet Archive (Wayback Machine) captures of ROZ Forum website on OIST servers starting August 17, 2022 (groups.oist.jp/protein/roz)
- Internet Archive (Wayback Machine) captures of rozforum.org starting December 25, 2024
- Internet Archive (Wayback Machine) captures of rozforum.com starting August 28, 2023
- Multiple snapshots documenting changes: July 2023 → March 2025 → December 2025

**Community Documentation:** Public comments on investigative articles (independently corroborating accounts) including detailed summaries of internal OIST communications

**Stock Photo Evidence:** Complete documentation in Article 1

Complete evidence archive: Zenodo DOI 10.5281/zenodo.17783796

### Key Evidence Specific to Article 5

**The March 26, 2025 Edit:** Computer-generated metadata proves OIST edited press release on March 26, 2025, at 11:48:59 JST. The edit removed "scientists who are forum users and supporters" and changed URL/title. No correction notice added. Eight months of silence followed before newspaper inquiry forced disclosure.

**Timeline Correlation:**

- Community concerns: June 2023 (reported by multiple independent sources)
- ROZ disclaimer: May 2, 2024 (claiming photos "commissioned by ROZ")
- OIST edit: March 26, 2025 (removing false descriptions)
- UN presentation: September 18, 2025 (Laurino repeats false claims with President present)
- Forced disclosure: December 11, 2025 (after newspaper inquiry)

**Jenny Zhang Corroboration:** Archive captures show Zhang appeared on ROZ website June 9, 2023, presented ROZ Forum at a conference June 18–20, 2023, then disappeared from website within weeks — exactly when community reports concerns were first raised. Women in Science — 2nd Erlangen Symposium conference website and speaker abstract.

### Independent Verification

All evidence can be independently verified:

- View Internet Archive captures directly (links provided throughout article)
- Watch UN Science Summit videos (timestamps provided)
- Check Unsplash upload dates (publicly visible metadata)
- Read Ryukyu Shimpo article (December 24, 2025)
- Access complete documentation on Zenodo (DOI 10.5281/zenodo.17783796)

No special access required. Any reader with internet connection can verify every claim.

## Related articles

This article is part of an investigative series about OIST Professor Paola Laurino and Professor Moni Hamolsky's Rosalind Franklin Forum for Female Scientists (ROZ Forum). It is also published on Substack.

**Navigation:**

→ New readers: Start with condensed overview
→ Deep dive: Read Article 1and Article 4
→ Specific topics: Read Article 2and Article 3
→ Institutional response: Read Article 5
→ Japanese: Translations for condensed overview, Article 1, Article 5
→ Evidence: Zenodo archive

**Overview:**

- Condensed overview: ROZ Forum Investigation — Three Years of Systematic Fabrication at OIST (2022–2025)

**Detailed Investigations:**

- Article 1: Our Supporters Which Allowed Us to Take Picture of Them (false claims about ROZ posters)
- Article 2: Rita Colwell Impact Fund (charitable funding accountability)
- Article 3: Irony of Rosalind Franklin Forum and WOCinTech (attribution failures)
- Article 4: Laurino and Hamolsky's ROZ Forum — 6 Problematic Initiatives and 1 False Award (comprehensive investigation)
- Article 5: The November 2024 Edit: OIST Knew and Said Nothing (institutional concealment and response)

**Translations:**

- 要約版（日本語）：3年間の組織的捏造：OIST教授らのDEIフォーラム、全6プログラムで虚偽発覚
- 報告1（日本語）：ダイバーシティが「ストック写真化」するとき：ROZフォーラムによる虚偽の機関帰属と慈善資金の使途
- 報告5（日本語）：13ヶ月間の沈黙と隠蔽：メタデータが証明するOISTの組織的対応と「ステルス編集」の記録

**Independent Verification:**

- Ryukyu Shimpo Article「女性研究者支援組織 無関係写真、ポスター使用か サポーターと紹介 フリー素材に同一画像 OIST展示会」| [archive]
- English Translation and Analysis of Ryukyu Shimpo Article

**Archive:**

- Zenodo archive DOI 10.5281/zenodo.17783796

## Copyright and Fair Use Notice

This investigation relies entirely on publicly available information: archived website materials, published interviews, conference programs, institutional directories, bibliographic databases, and Unsplash metadata. No confidential sources or private communications were used.

All copyrighted materials in this article (journal screenshots, poster images, organizational logos, published interview excerpts) are used under fair use provisions of U.S. copyright law for purposes of criticism, commentary, and investigative journalism regarding research integrity issues. All images include appropriate attribution to original sources. Graphics and comparisons are original work created for this investigation. Links to original published sources are provided throughout for verification. This investigation is non-commercial and serves the public interest in academic accountability.

*Keywords: OIST institutional accountability, Paola Laurino, Moni Hamolsky, ROZ Forum, research integrity concealment, Karin Markides, academic misconduct cover-up, metadata evidence, UN Science Summit 2025, Ryukyu Shimpo, institutional response fabrication, Okinawa Institute Science Technology, presidential involvement, research ethics Japan, whistleblower retaliation, March 2025 edit*

## Support This Investigation

If this article provided value, consider:

- Following for updates on this investigation
- Sharing to spread awareness
- Commenting with your perspectives

**Contact**

Confidential tips: DEIintegrity2025@proton.me
All sources protected

Research Integrity · Investigative Journalism · Academic Misconduct · Oist



Follow

## Written by Lina Franklin

26 followers · 2 following

Lina Franklin is an independent researcher investigating integrity issues in academic and scientific contexts.

## Responses (5)

Write a response

What are your thoughts?

:)
Jan 14

I am disgusted by OIST management

325 Reply

Researcher Affected by Power Abuse
Jan 14

OIST made me lose faith in science

401 Reply

****ers Anonymous
Jan 20 (edited)

Sign our open letter to OIST Management: **We demand transparency and accountability in investigating ROZ.**

https://www.change.org/p/to-oist-management-we-demand-transparency-and-accountability-in-investigating-roz

Signatures will be collected until… more

215 Reply

See all responses

## More from Lina Franklin




Lina Franklin

### 3年間の組織的捏造：OIST教授らDEIフォーラム・全6プログラム虚偽発覚

国連・Nature誌で発表された「女性支援」活動の実態―存在しない写真、架空の賞、検証不能な証拠、そして沈黙

Jan 8 · 513 · 1



Lina Franklin

## The Professor With No Publications: ROZ Forum's Complete Fabrication

Manipulated photographs to fabricated reviews: how six DEI initiatives promoted at UN and Nature Catalysis were built on unverifiable…

Dec 24, 2025 737 3




Lina Franklin

## Rita Colwell Impact Fund: When Charities Fund Fabrication

How OIST Funded Both Women of Mathematics (Authentic) and Paola Laurino's ROZ Forum (Fabricated Stock Photos)

Dec 6, 2025 621



Lina Franklin

## When Diversity Becomes a Stock Photo: The ROZ Forum Investigation

How OIST Professor Paola Laurino and Professor Moni Hamolsky's women-in-STEM initiative used Unsplash stock photography uploaded 2016–2021...

Dec 3, 2025 886 41

See all from Lina Franklin

## Recommended from Medium





In Write A Catalyst by Dr. Patricia Schmidt

## As a Neuroscientist, I Quit These 5 Morning Habits That Destroy Your Brain

Most people do #1 within 10 minutes of waking (and it sabotages your entire day)

Jan 15 24K 419



Nitin Sharma

## Forget ChatGPT & Gemini — Here Are New AI Tools That Will Blow Your Mind

Here, I'm going to talk about the new AI tools that are actually worth your time.

Case 3:26-mc-80077-PHK Document 1-2 Filed 03/16/26 Page 54 of 56 PageID #: 62

Nov 18, 2025 3.9K 127



In AI Advances by Delanoe Pirard

## A 1967 Math Paper Just Solved AI's $100 Million Problem

December 31st, 2025. While Silicon Valley popped champagne, 20 researchers in Hangzhou published 20 pages that would make AI history.

Jan 29 837 11




In The Dock on the Bay by James Marinero, MSc, MBA

## French Fury: The Jet-Powered Mach 0.6 Interceptor Drone That Could Reshape Air Defence

Fast and furious autonomous interception of high speed drone targets

4d ago 1.3K 11



In The Virago by M.L. Frey

## My Mom Told Them I Was a Pervert, Outing Me at the Tender Age of 11

"You're just like your father..."

Jan 20 1.7K 20



Case 3:26-mc-80077-PHK Document 1-2 Filed 03/16/26 Page 56 of 56 PageID #: 64

In Full Frame by Janis Masyk-Jackson

## Behind the Scenes of Pin-up Girls

Pin-up Girls Uncovered

5d ago 1.93K 30

See more recommendations