Ryosuke Togi (SBN 343851)
KANAME PARTNERS US, P.C.
41 Corporate Park, Suite 260
Irvine, CA 92606
Phone & Fax: (949) 404-5515
Email: rtogi@kanamelaw.us

Attorney for Applicant Okinawa Institute of Science and Technology School Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF OKINAWA INSTITUTE OF SCIENCE AND TECHNOLOGY SCHOOL CORPORATION,<br><br>APPLICANT | Case No.: 26-mc-80077-PHK<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order [Dkt. 16], Applicant Okinawa and Medium respectfully submit this Joint Status Report.

1. Applicant served the subpoena and a copy of the Court's Order on Medium on August 28, 2026.

2. Between September 8 and September 18, 2026, counsel for Applicant and Medium exchanged correspondence and conferred regarding the subpoena.

3. On September 16, 2026, counsel representing the user of the account identified as "Rekishi," or "Account 5," contacted counsel and raised objections to disclosure of information concerning that account. Applicant is presently meeting and conferring with counsel regarding those objections. In consultation with Medium, the parties agreed that Medium would withhold information concerning Account 5 pending resolution of those objections.

4. On September 25, 2026, Medium produced documents and information responsive to

the subpoena, other than the information concerning Account 5 described above.

Accordingly, an issue concerning the subpoena remains pending as to Account 5. The parties respectfully request that the matter remain open pending resolution of that issue and will promptly advise the Court upon its resolution

DATED: 10/5/2026

Respectfully submitted,

Kaname Partners US, P.C.

By: */s/ Ryosuke Togi*
Ryosuke Togi
Attorney for Okinawa Institute of Science and Technology

*/s/ Alex Feerst*
Alex J Feerst
Attorney for A Medium Corporation